No. 19,535.

MARTIN BALLOU, *Appellee,* V. THE ATCHISON, TOPEKA &
SANTA FE RAILWAY COMPANY, *Appellant.*

ON ORDER GRANTING A REHEARING.

Appeal from Harvey district court; FRANK F. PRIGG, judge.
Opinion filed December 11, 1915.   Order granting rehearing
set aside.   (For original opinion of reversal, see 95 Kan. 761,
152 Pac. 284.)

*William R. Smith, Owen J. Wood,* and *Alfred A. Scott,* all
of Topeka, for the appellant.

*Ezra Branine,* and *Harry W. Hart,* both of Newton, for the
appellee.

*Per Curiam:* This case was decided on June 12, 1915.
(*Ballou v. Railway Co.,* 95 Kan. 761, 152 Pac. 284.)   On peti-
tions of both parties a rehearing was granted.   Before it was
heard, the litigants effected a settlement satisfactory to them-
selves.

Therefore the order granting a rehearing is set aside.